UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 26-____ |
| | : | |
| v. | : | |
| | : | |
| NICHOLAS MOORE, | : | Violation: |
| | : | 18 U.S.C. § 1030(a)(2) |
| Defendant. | : | (Computer Fraud) |
| | : | |

## INFORMATION

The United States charges:

## COUNT ONE

From August 29, 2023 to October 22, 2023, within the District of Columbia, the defendant **NICHOLAS MOORE** intentionally accessed a computer without authorization on 25 different days and thereby obtained information from a protected computer, to wit, the United States Supreme Court electronic filing system.

**(Fraud and related activity in connection with computers in violation of Title 18, United States Code, Section 1030(a)(2))**

JEANINE PIRRO
United States Attorney

By: */s/ Rami Sibay*
Rami Sibay
Special Assistant United States Attorney
VA 41897
601 D Street, NW
Washington, DC 20530
(240) 278-0562
rsibay@usdoj.gov

1