WAIVER OF RIGHT TO IN-PERSON HEARING

I, Nicholas Moore, the undersigned, hereby waive, under Rule 43(b) of the Federal Rules of Criminal Procedure, my right to an in-person change of plea hearing, scheduled for January 16, 2026, at 9:30 a.m. (EST) before United States District Judge Beryl Howell, in case no. 26-cr-03 (BAH) in the United States District Court for the District of Columbia.

My counsel, Eugene Ohm, has explained to me my right to appear in person for my sentencing. I knowingly and voluntarily waive my right to appear in person and to appear instead by teleconference. I am satisfied with my counsel and execute this waiver after consultation with Mr. Ohm.

Date: 01-13-26

NICHOLAS MOORE