**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **CR. NO. 26-cr-003 (BAH)** |
| | ) |
| **NICHOLAS MOORE** | ) |

### Defendant's Motion to Appear by Video

Nicholas Moore, through his attorney, requests the ability to appear at his Sentencing Hearing, currently set for April 17, 2026, by video teleconference. In support of this Motion, counsel states the following facts.

Mr. Moore has pleaded guilty to one count of Computer Fraud, in violation of 18 U.S.C. §§1030 (a)(2) and (c)(2)(A), a Class A Misdemeanor. He remains released on his own personal recognizance.

Mr. Moore lives in White House, TN, about a ten-hour drive from Washington D.C. Mr. Moore is disabled and has only worked minimum wage jobs in his past, as a teenager. Both of his parents also receive disability payments and cannot work. Mr. Moore also does not have a driver's license and does not have aReal ID. He has never been on an airplane flight.

As a result, a trip to Washington D.C. would pose a significant financial and practical burden on Mr. Moore on his family. Because of Mr. Moore's substantial disabilities, he would have to be accompanied by at least one parent. The cost of

coming to the District of Columbia would be prohibitive.  The planning would also create additional challenges to the family.  Neither parent has much experience travelling out of state.

Moreover, according to the Draft Presentence Report, Mr. Moore has a Total Offense Level of 6 and a Criminal History Score of I.  His guideline range is thus 0 to 6 months.

The government defers to the Court as to the relief sought in this Motion.

## Conclusion

Mr. Moore thus requests that he be permitted to attend his Sentencing Hearing by video teleconference on April 17, 2026.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite  550
Washington, D.C.  20004
(202) 208-7500